## STATE OF CONNECTICUT *v.* RAIMUNDO ORTIZ
### (14377)

Foti, Lavery and Schaller, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## NANCY A. MONK *v.* CHARLES M. FAZIO

## CHARLES M. FAZIO *v.* NANCY A. MONK
### (14088)

O'Connell, Heiman and Spear, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## BANK OF NEW HAVEN ET AL. *v.* JENNITH LINER ET AL.
### (15031)

O'Connell, Foti and Heiman, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.